IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Linda

Printed: 01/29/09

Case Number: 08 B 21296
Judge: Squires, John H
Filed: 8/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,732.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,732.00 |
| Totals: | 1,732.00 | 1,732.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 20,847.51 | 0.00 |
| 3. | Drive Financial Services | Secured | 1,927.49 | 0.00 |
| 4. | Internal Revenue Service | Priority | 11,966.16 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 73.03 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 40.21 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 168.27 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 731.22 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 41.56 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 50.50 | 0.00 |
| 11. | Nicor Gas | Unsecured | 33.39 | 0.00 |
| 12. | Wells Fargo Financial | Secured |  | No Claim Filed |
| 13. | America's Servicing Co | Secured |  | No Claim Filed |
| 14. | MRSI | Unsecured |  | No Claim Filed |
| 15. | Cbe Group | Unsecured |  | No Claim Filed |
| 16. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | GEMB | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Capital One | Unsecured |  | No Claim Filed |
| 22. | Sprint | Unsecured |  | No Claim Filed |
| 23. | Midamerica | Unsecured |  | No Claim Filed |
| 24. | Wells Fargo Auto Finance | Unsecured |  | No Claim Filed |
| 25. | Wells Fargo Financial | Unsecured |  | No Claim Filed |
| 26. | Verizon Wireless Midwest | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Linda

Printed: 01/29/09

Case Number:  08 B 21296
Judge:  Squires, John H

Filed:  8/13/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 35,879.34 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

